**Melody Ann STANLEY, a minor, By Mary Ann SABOURIN, next friend, and Peter Sabourin, Petitioners/Appellants,**

v.

**Warren Ross McGEE, Jr., Respondent/Respondent.**

No. 72847.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 14, 1998.

Thomas H. Ullmann, Ullmann & Ullmann, P.C., St. Charles, for appellant.

Stephen G. Bell, Ronald J. Wuebbeling, St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Petitioners appeal from the trial court's entry of summary judgment in favor of defendant on an action for a declaration of paternity under the Uniform Parentage Act, sections 210.817–.852 RSMo Supp.1990, and related claims for custody, support, and reimbursement of necessaries provided for the benefit of a minor child.

The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

---

**Marlon WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72776.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 14, 1998.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Marlon Williams appeals from the judgment dismissing his Rule 24.035 motion because he waived his right to seek post-conviction relief. No error of law appears and an opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).